UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES THOMAS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **ROCKIN D MARINE SERVICES, LLC.** | * | |
| | * | **MAGISTRATE:** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant, **JAMES THOMAS**, a person of full legal age and a citizen and domiciliary of Louisiana. Complainant avers the following:

### I.

Jurisdiction is based upon the Jones Act, 46 USC 688.

### II.

Made party defendant herein is **ROCKIN D MARINE SERVICES, LLC.**, a Louisiana corporation with its principal place of business in Louisiana, licensed to do and doing business in this district and state.

### III.

At all material times herein, complainant was employed by defendant assigned to the offshore

supply vessel, M/V SEA CECILE, as a seaman in the capacity of deckhand and relief engineer.

IV.

On April 4, 2012, complainant was ordered by his captain to go on the back deck of the vessel while in rough seas to pick up a hose. While on the back deck, the overboard ladder on a higher deck/level came unsecured and/or broke free from being secured and fell on top of complainant.

V.

At all material times herein, defendant owned, operated, manned, and controlled the M/V SEA CECILE.

VI.

A proximate cause of the accident herein was the negligence attributable to defendant in failing to furnish complainant a safe place to work. A proximate cause of the accident and injuries herein was the unseaworthy condition of the M/V SEA CECILE.

VII.

As a direct and proximate result of the accident herein, complainant has sustained serious, disabling and permanent injuries to his spine and extremities. Complainant has damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, found, loss of enjoyment of life and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendant herein for the full and total sum of FIVE MILLION ($5,000,000.00) DOLLARS.  Complainant also seeks punitive damages in an appropriate amount for the wanton and reckless actions of defendant in

failing to furnish a safe work place by sending complainant on deck in rough seas.

## VIII.

Maintenance and cure is due from defendant. Complainant's accident occurred while in the service of the vessel. Demand is made for an appropriate rate of maintenance and for appropriate cure, and for all damages allowed under the general maritime law associated with said claim, including attorney fees, compensatory damages and punitive damages from said employer.

**WHEREFORE**, complainant demands judgment against the defendant herein for the full and total sum of FIVE MILLION ($5,000,000.00) DOLLARS in compensatory damages, altogether with legal interest thereon from the date of the accident herein until paid, for proper maintenance and cure and related compensatory and punitive damages and attorney fees from the employer, for an appropriate award of punitive damages for the wanton and reckless disregard of defendant in failing to furnish complainant a safe place to work, for all costs of these proceedings and all appropriate, general and equitable relief.

Respectfully submitted,

DISCON LAW FIRM

BY: S/THOMAS M. DISCON
THOMAS M. DISCON, T.A. #14219
424 N. Causeway Blvd., Suite A
Mandeville, Louisiana   70448
Telephone: (985) 674-9748

AND

S/ ROBERT K. LANSDEN
ROBERT K. LANSDEN # 25441
125 E. Pine Street,
Ponchatoula, Louisiana 70454
Telephone: 985-370-9006
E-mail: lansdenlaw@gmail.com
Attorney for Complainant

**PLEASE SERVE:**

**ROCKIN D MARINE SERVICES, LLC.**
**through registered agent for process:**
**MARK DETILLIER**
**508 HAMILTON STREET**
**LAROSE, LA 70373**