UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES THOMAS | CIVIL ACTION |
| VERSUS | NO: 12-1315 |
| ROCKIN D MARINE SERVICES, LLC, ET AL. | SECTION: "A" (4) |

    The Court has been advised that the above captioned matter has settled. United States Magistrate Judge Karen Wells Roby and counsel are thanked for their assistance.

    July 19, 2013

                                                                             UNITED STATES DISTRICT JUDGE

NEF: Magistrate Judge Roby